**Dismissed and Memorandum Opinion filed November 19, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00541-CV

---

**TONI L. MINGO, Appellant**

**V.**

**KUMORA L. MINGO, Appellee**

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2023-54884**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed May 22, 2024. The clerk's record was filed September 23, 2024. The court reporter informed this court that there is no reporter's record. No brief has been filed.

On October 25, 2024, we issued a notice stating that unless appellant filed a brief within 10 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.